IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH F. SEMINATORE, ESQ. | ) | CASE NO. 1:07 CV 2864 |
| | ) | |
| Plaintiff, | ) | JUDGE BOYKO |
| | ) | |
| -vs- | ) | MAGISTRATE JUDGE HEMANN |
| | ) | |
| OLD RIVER ROAD-CLEVELAND, LLC., | ) | |
| et al., | ) | NOTICE OF DISMISSAL |
| | ) | WITH PREJUDICE |
| Defendants. | ) | |

Plaintiff, by and through his undersigned counsel, voluntarily dismisses the above-captioned matter, with prejudice.

Respectfully submitted,

/s/ Douglas A. Andrews
Douglas A. Andrews (0011464)
SCHOONOVER, ANDREWS &
ROSENTHAL, LLC
1001 Lakeside Avenue, Suite 1720
Cleveland, Ohio 44114
(216) 589-9600   Fax: (216) 589-9800
email: daandrews@sbcglobal.net

Counsel for Plaintiff

FILED
OCT 18 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

Judge Christopher A. Boyko
10/18/07